**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER, SR.** | : | CIVIL ACTION NO. 1:14-CV-0187 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **KAREN J. MASSEY,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 6th day of February, 2014, upon consideration of plaintiff's complaint (Doc. 1), and in accordance with this Court's Memorandum filed this same date, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 2) is GRANTED for the sole purpose of the filing of the action. See 28 U.S.C. § 1915(b).

2. The complaint (Doc. 1) is DISMISSED without prejudice pursuant to 42 U.S.C. § 1997e(a).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania